Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY 10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2020
```

October 6, 2020

**SO ORDERED:**

*/s/ Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
10/08/2020

**BY ECF**
Hon. Katherine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *United States v. Ashley Bourdier, et al.*, 20-mj-9449

Dear Judge Parker:

I am the attorney for Ashley Bourdier, a defendant in the above-referenced matter. With the consent of the Government and Pre-Trial Services, I write to request temporary modification of the defendant's bail conditions, which your Honor imposed at the defendant's presentment on September 15, 2020. I request that Ms. Bourdier be permitted to travel to Reading, Pennsylvania on Saturday, October 10, 2020, to attend a family gathering at her mother's house, returning home the following day, October 11, 2020. Her mother's address would be provided to Pretrial Services. I have communicated with both Francesca Piperato, Ms. Bourdier's Pre-Trial Services Officer, and Assistant United States Attorney Thomas Burnett, who both advise that they have no objection to this request.

I thank the Court for its consideration.

Respectfully submitted,

/s/

Renato C. Stabile

cc: AUSA Thomas Burnett
      Francesca Piperato, Pretrial Services
      (via ECF and email)